U.S. COURT OF APPEALS
RECEIVED CLERK
APR 16 2024
ATLANTA, GA

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

ABDELAZIZ HAMZE vs. Settlemires, et al   Appeal No. 24-10468-G

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Abdelaziz Hamze, Plaintiff;

Erik Dewitt Kverne; Grant Kosanovich

James Slater; Joshua Tarjan;

Joe Belitzky;

Jack White; Justin Neel;

Samantha-Josephine Baker

Settlemires

Judge T Kent Wetherell II

Thomas Simmons

Trevor Smith;

Rev.: 12/20

Abdelaziz Hamze DC # L81379
Reception and Medical Center
7765 S CR 231
Lake Butler, FL 32054

U.S. MARSHALS SERVICE
Atlanta, GA
APR 16 2024
CLEARED SECURITY

Eleventh Circuit Court of Appeals
Clerk of Court
~~~~ 56 Forsyth St., N.W.
Atlanta, Georgia 30303

MIAMI FL 330
13 APR 2024 PM 5 L

30303-221856