

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

ABDELAZIZ HAMZE

    Plaintiff,

v.

Settlemires, et al,

    Defendants.

_____/

Appeal Case No:24-10468
LT No.: 3:2022cv04978

## **MOTION TO STAY APPEAL**

Plaintiff, Hamze, *pro se*, hereby files this motion to stay appeal, or in the alternative motion for extension of time to pay appellate filing fee and file complete transcript order form, and in support states:

1. Plaintiff is currently temporarily incarcerated in Reception and Medical Center.

2. Plaintiff is indigent but is unable to provide an account statement due to a legal mail problem.

3. Plaintiff is attempting to raise the funds to pay the appellate filing fee and make payment arrangements for the trial transcript.

4. Wherefore, Plaintiff is requesting that this Court stay this appeal for sixty days, or in the alternative, grant him an extension of 60 days to pay the appellate filing fee and make arrangements to pay the transcript fee.

Dated this 16th day of April 2024.

*/s/ Hamze*

Respectfully submitted,

Abdelaziz Hamze, DC# L81379

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document has been furnished via U.S. Mail on 4/16/2024 to

1. Florida Office of the Attorney General,
   PL-01 the Capitol
   Tallahassee, FL 32399-4120

2. Clerk of Court

Abdelaziz Hamze

APR 25 2024
U.S. COURT OF APPEALS
RECEIVED
CLERK
ATLANTA, GA

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

ABDELAZIZ HAMZE vs. Settlemires, et al    Appeal No. 24-10468

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Abdelaziz Hamze, Plaintiff;

Erik Dewitt Kverne; Grant Kosanovich

James Slater; Joshua Tarjan;

Joe Belitzky;

Jack White; Justin Neel;

Samantha-Josephine Baker

Settlemires

Judge T Kent Wetherell II

Thomas Simmons

Trevor Smith;

Rev.: 12/20

Abdelaziz Hamze DC#L81379
Reception & Medical Center
7765 County Rd 231,
Lake Butler, FL 32054

U.S. MARSHALS SERVICE
Atlanta, GA

U.S. Courts of Appeals
Eleventh Circuit
Clerk of Court
56 Forsyth Street, N.W.
Atlanta, GA 30303